LAW OFFICES
**THE DOYLE FIRM, P.C.**
1313 EAST OSBORN ROAD, SUITE 100
PHOENIX, ARIZONA 85014-5684
(602) 240-6711 TELEPHONE NUMBER
(602) 240-6951 FACSIMILE NUMBER
FIRM E-MAIL: alg@doylelawgroup.com

ARIZONA BAR NUMBER   William H. Doyle, #007285
Gary L. Popham, Jr., #022260
ATTORNEYS FOR   Defendant Robison Nursing, Inc. d/b/a Robison Medical Resource Group

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| EL DORADO HOSPITAL, a non-profit Arizona Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ROBISON MEDICAL RESOURCE GROUP, an Oklahoma Corporation, <br><br> Defendant. | No. 4:10-cv-00136-DCB <br><br> (Pima County Superior Court Cause No. C20100482) <br><br> **NOTICE OF TAKING DEPOSITION OF PETER SPOONER, M.D.** |

YOU ARE HEREBY NOTIFIED that, pursuant to Rules 26 and 30 Arizona Rules of Civil Procedure, the deposition will be taken upon oral examination of the persons whose names and addresses are stated below at the time and place stated below before an officer authorized by law to administer oaths. If the names are not known, a general description sufficient to identify those persons or the particular classes or groups to which those persons belong is given below:

    PERSON(S) TO BE EXAMINED:    Peter Spooner, M.D.

    DATE AND TIME OF DEPOSITION:    November 11, 2010 at 7:00 a.m.

    PLACE OF DEPOSITION:    Tucson Medical Center
    Patio Building
    5301 E Grant Road
    Tucson, AZ

J:\EDSISS\Docs\UNIC\089\NOD\HX2955.WPD

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 | DATED this 26th day of October, 2010. |
| 4 | The Doyle Firm, P.C. |
| 5 |   |
| 6 | By:   /s/ Gary L. Popham, Jr.   |
|   | William H. Doyle |
| 7 | Gary L. Popham, Jr. |
|   | 1313 E. Osborn Rd., Suite 100 |
|   | Phoenix, Arizona 85014-5684 |
| 8 | Attorney for Defendant Robison Medical Resources Group |

DATED this 26th day of October, 2010.

            The Doyle Firm, P.C.

By:   /s/ Gary L. Popham, Jr.
William H. Doyle
Gary L. Popham, Jr.
1313 E. Osborn Rd., Suite 100
Phoenix, Arizona 85014-5684
Attorney for Defendant Robison Medical Resources Group

ELECTRONICALLY transmitted this 26th day of October, 2010 the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

Kathleen M. Rogers
SLUTES, SAKRISON & ROGERS, P.C.
4801 E. Broadway, Suite 301
Tucson, Arizona 85711
Attorneys for Plaintiff

COPY of the foregoing e-mailed and mailed this 26th day of October, 2010, to:

David F. Toone
MacBan Law Offices
Mailing Address: 1795 E Skyline Dr Suite 155
Tucson, AZ 85718-0001
david@macbanlaw.com


MEYER, LUMIA & ASSOCIATES
100 North Stone Avenue, Suite 802
Tucson, Arizona  85701
meyerlumia@aol.com
(520) 623-1100


By   /s/ Marilyn Linnell